UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES KENDRICK,

       Plaintiff,

                                      Case No. 12-CV-15388
vs.                                  HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

## JUDGMENT

The above-entitled matter has come before the court, and in accordance with the order entered on this date;

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendant and against plaintiff.

IT IS SO ORDERED.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                  BY:   s/Lisa Wagner
                        DEPUTY COURT CLERK

Dated:  March 27, 2014

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 27, 2014, by electronic and/or ordinary mail.

s/Lisa Wagner
Deputy Clerk